# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-B-21854 |
| Trans Read Warehouse, Inc. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Hon. Jacqueline B. Cox |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT: on December 22, 2010 at 10:30 a.m., I shall appear before the Honorable Judge Jacqueline B. Cox, Courtroom 619, in the U.S. Bankruptcy Court, 219 S. Dearborn St., Chicago IL 60604, and present the attached **Motion for Final Decree.**

## CERTIFICATE OF SERVICE

PLEASE TAKE FURTHER NOTICE THAT: on December 2, 2010, the undersigned, an attorney, caused to be served the attached **Motion for Final Decree** on the U.S. Trustee by means of the Court's electronic service system.

/s/ Jessica Tovrov

105 West Madison Street
Suite 400
Chicago IL  60602
312.252.7362

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-B-21854 |
| Trans Read Warehouse, Inc. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Hon. Jacqueline Cox |
| | ) | |

### REORGANIZED DEBTOR'S MOTION FOR FINAL DECREE

Trans Read Warehouse, Inc., debtor and reorganized debtor ("Trans Read" or the "Reorganized Debtor"), pursuant to Bankruptcy Rule 3022, requests that the Court enter a final decree closing the Case, and in support hereof, respectfully states as follows:

1. On June 16, 2009 (the "Petition Date"), Debtor filed a voluntary chapter 11 petition, initiating the above-captioned bankruptcy case (the "Case").

2. This is a "small business case" as that term is defined in § 101(51)(C).

3. The Debtor's Fourth Amended Plan of Reorganization, Dated June 2, 2010 (the "Plan"), was confirmed on June 29, 2010, the confirmation order has become final, and its Effective Date was July 9, 2010.

4. All property that was to be transferred pursuant to the Plan has been transferred.

2

5.      The Reorganized Debtor has assumed the business of the pre-petition debtor.

6.      The Reorganized Debtor is current with all Plan payments.

7.      All motions, adversary proceedings, and contested matters in this Case have been resolved.

8.      The Plan did not require that any deposits be made.

9.      The Plan has been substantially consummated, as that term is used in 11 U.S.C. § 1101(2).

WHEREFORE, the Reorganized Debtor respectfully requests that the Court:

A.      Enter a final decree, closing this Case; and,

B.      Granting such other and further relief as is just and equitable.

Respectfully submitted,
Trans Read Warehouse, Inc.


/s/ Jessica Tovrov
One of its Attorneys

Jessica Tovrov
105 West Madison Street
Suite 400
Chicago IL  60602
312.252.7362