UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-B-21854 |
| Trans Read Warehouse, Inc. | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Hon. Jacqueline B. Cox |
| | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT: on December 22, 2010, at 10:30 a.m., I will appear before the Honorable Jacqueline B. Cox, in Courtroom 619, U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, and present the attached **Motion of Reorganized Debtor to Continue Status Hearing.**

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE THAT: on December 22, 2010, the undersigned, an attorney, caused to be served the attached Motion of Reorganized Debtor to Continue Status Hearing, on the U.S. Trustee by means of the Court's electronic service system, and by first class mail on the attached service list.

/s/ Jessica Tovrov

105 West Madison Street
Suite 400
Chicago IL  60602
312.252.7362

1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-B-21854 |
| Trans Read Warehouse, Inc. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Hon. Jacqueline Cox |
| ) | |

## MOTION OF REORGANIZED DEBTOR TO CONTINUE STATUS HEARING

Trans Read Warehouse, Inc., debtor and reorganized debtor (the "Debtor"), asks the Court to continue the date for the status hearing in this matter, and in support hereof, respectfully states as follows:

1. The Debtor's Fourth Amended Plan of Reorganization, Dated June 2, 2010 (the "Plan") was confirmed on June 29, 2010.

2. Most of the payments contemplated under the Plan have been made and the Plan is substantially consummated as that term is used in § 1101(2) of the Bankruptcy Code.

3. The Court set a status for December 22, 2010, to consider the entry of a final decree.

4. Because of changes in personnel and software at the Debtor's main office, it is unlikely that the Debtor will be able to compile the necessary information in time to serve creditors with notice of a motion for entry of a

final decree.

WHEREFORE, the Reorganized Debtor respectfully requests that the Court enter an order:

A. Continuing the date for status hearing and entering a final decree to January 5, 2011, or such other date as the Court finds convenient; and,

B. Granting the Debtor such other and further relief as is just and equitable.

Respectfully submitted,
Trans Read Warehouse, Inc.

/s/ Jessica Tovrov
One of its Attorneys

Jessica Tovrov
105 West Madison Street
Suite 400
Chicago IL  60602
312.252.7362