# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-B-21854 |
| Trans Read Warehouse, Inc. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Hon. Jacqueline B. Cox |
| ) | |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE THAT: Debtor's **Motion for Final Decree,** Docket # 246, set for hearing on December 22, 2010 at 10:30 a.m., is hereby withdrawn.

## CERTIFICATE OF SERVICE

PLEASE TAKE FURTHER NOTICE THAT: on December 17, 2010, the undersigned, an attorney, caused to be served the Notice of Withdrawal of Debtor's Motion for Final Decree, on the parties on the electronic service by means of the Court's ECF system, and by first class mail on the attached mail service list.

/s/ Jessica Tovrov

105 West Madison Street
Suite 400
Chicago IL  60602
312.252.7362