UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: Dec 22, 2010

Bankruptcy Case No.: 09 B 21854

Adversary No.:

Title of Case: Trans Read Warehouse, Inc

Brief Statement of Motion: Continue status date

Names and Addresses of moving counsel: Jessica Tovrov, 105 W. Madison St Ste 400, Chicago IL 60602

Representing: Debtor

## ORDER

IT IS HEREBY ORDERED, The status hearing is continued to January 19, 2011. Debtor's Motion for Final Decree is withdrawn.

Jacqueline P. Cox
J. Cox

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT