UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-B-21854 |
| Trans Read Warehouse, Inc. | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Hon. Jacqueline B. Cox |
| | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT: on March 8, 2011 at 9:30 a.m., I shall appear before the Honorable Judge Jacqueline B. Cox, Courtroom 619, in the U.S. Bankruptcy Court, 219 S. Dearborn St., Chicago IL 60603, and present the attached **Motion for Final Decree.**

## CERTIFICATE OF SERVICE

PLEASE TAKE FURTHER NOTICE THAT: on February 11, 2011, the undersigned, an attorney, caused to be served the attached **Motion for Final Decree** on the U.S. Trustee by means of the Court's electronic service system, and by first class mail on the attached service list.

/s/ Jessica Tovrov

105 West Madison Street
Suite 400
Chicago IL  60602
312.252.7362

1

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-B-21854 |
| Trans Read Warehouse, Inc. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Hon. Jacqueline Cox |
| ) | |

### REORGANIZED DEBTOR'S MOTION FOR FINAL DECREE

Trans Read Warehouse, Inc., debtor and reorganized debtor ("Trans Read" or the "Reorganized Debtor"), pursuant to Bankruptcy Rule 3022, requests that the Court enter a final decree closing the Case, and in support hereof, respectfully states as follows:

1. On June 16, 2009 (the "Petition Date"), Debtor filed a voluntary chapter 11 petition, initiating the above-captioned bankruptcy case (the "Case").

2. This is a "small business case" as that term is defined in § 101(51)(C).

3. The Debtor's Fourth Amended Plan of Reorganization, Dated June 2, 2010 (the "Plan"), was confirmed on June 29, 2010, the confirmation order has become final, and its Effective Date was July 9, 2010.

4. All property that was to be transferred pursuant to the Plan has been transferred.

5. The Reorganized Debtor has assumed the business of the pre-petition debtor.

6. The Reorganized Debtor is substantially current with payments to be made under the Plan.

7. All motions, adversary proceedings, and contested matters in this Case have been resolved.

8. The Plan did not require that any deposits be made.

9. The Plan has been substantially consummated, as that term is used in 11 U.S.C. § 1101(2).

WHEREFORE, the Reorganized Debtor respectfully requests that the Court:

A. Enter a final decree, closing this Case; and,

B. Granting such other and further relief as is just and equitable.

    Respectfully submitted,
    Trans Read Warehouse, Inc.


    /s/ Jessica Tovrov
    One of its Attorneys

Jessica Tovrov
105 West Madison Street
Suite 400
Chicago IL 60602
312.252.7362