UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-21854 |
| Trans Read Warehouse, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Final Decree

   Whereas, on June 16, 2009, TransRead Warehouse, Inc.("Debtor" and "Reorganized Debtor") filed a voluntary chapter 11 petition initiating the above-captioned case (the "Case");
   Whereas, the Debtor's Fourth Amended Plan of Reorganization, Dated June 2, 2010 (the "Plan"), was confirmed on June 29, 2010, and the order has become final;
   Whereas, on the Effective Date of the Plan, July 9, 2010, the Debtor became the Reorganized Debtor;
   Whereas, the Reorganized Debtor has filed its Motion for a Final Decree (the "Motion") and provided due and proper notice;
   Whereas, no objections to the Motion were made;
   Whereas, the Reorganized Debtor has demonstrated that the Plan has been substantially consummated;
   Whereas, all property that was to be transferred pursuant to the Plan has been transferred;
   Whereas, the Reorganized Debtor has assumed the business of the pre-petition debtor;
   Whereas, all motions, adversary proceedings, and contested matters in this Case have been resolved;
   Whereas, no deposits were required under the Plan;
   Whereas, Bankruptcy Rule 3022 provides for the entry of a Final Decree; and,
   Whereas, all actions taken by the Debtor, the Reorganized Debtor, and their professionals and agents have been proper and in compliance with all applicable law:
   Now, therefore, it is hereby ordered:
   A.   The Reorganized Debtor's motion for a Final Decree is granted;
   B.   The Case is closed.

09-21854:256.1:Motion for Final Decree:Proposed Order Entered: 2/11/2011 11:12:04 AM by:Jessica Tovrov Page 2 of 2

Enter: /s/ Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 8, 2011

**Prepared by counsel of Movant:**

Tovrov Law Offices LLC
105 West Madison St.
Suite 400
Chicago IL  60602
312.252.7362

Rev: 20101008_bko